UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                              )
THE ATOMIC CAFÉ, INC. and JOHN     )
MAHONEY                                                )
                                                              )
          Plaintiffs,                         )   Civil Action No. 1:17-cv-11927-IT
                                                              )
v.                                                          )
                                                              )
KYLE ROY, PETER ROY, COLD BREW )
VENTURES, LLC, and LEAN & LOCAL, )
LLC, d/b/a LEANBOX and d/b/a GRIND )
Or GRIND COFFEE                                 )
                                                              )
          Defendants.                       )
_____)

## **STIPLULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the plaintiffs The Atomic Café, Inc. and John Mahoney and the defendants Kyle Roy, Peter Roy, Cold Brew Ventures, LLC and Lean & Local, LLC, d/b/a LeanBox and d/b/a Grind or Grind Coffee hereby stipulate to the dismissal of all claims and counterclaims in the above-captioned civil action with prejudice.  Each party hereby waives all rights of appeal and other judicial review, and each party shall bear its own fees and costs.  The parties hereby also stipulate and agree that this civil action may only be reopened for the purpose of enforcing the settlement agreement executed by the parties in connection with this civil action.

KYLE ROY, PETER ROY, COLD BREW VENTURES, LLC, and LEAN & LOCAL, LLC, d/b/a LEANBOX and d/b/a GRIND or GRIND COFFEE

By their attorneys,

*/s/ Heather M. Gamache*
Joseph P. Messina, BBO # 559328
jmessina@princelobel.com
Thomas M. Elcock, BBO # 549027
tmelcock@princelobel.com
John F.X. Lawler, BBO # 546910
jlawler@princelobel.com
Heather M. Gamache, BBO# 671898
hgamache@princelobel.com
Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: 617 456 8000
Fax: 617 456 8100


THE ATOMIC CAFE, INC. AND JOHN MAHONEY

By their attorneys,

*/s/ Mark C. Rouvalis*
Mark C. Rouvalis, BBO # 552460
Michael E. Strauss, *pro hac vice*
McLane Middleton
Professional Association
900 Elm Street, P.O. Box 326
Manchester, NH  03105-0326
Telephone: (603) 625-6464
mark.rouvalis@mclane.com
michael.strauss@mclane.com

Dated: March 5, 2018

2

#2904629 107891/0

## CERTIFICATE OF SERVICE

    I, Heather M. Gamache, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 5, 2018.  A paper copy will be served on all non-registered users of ECF, if any.

                                                            */s/ Heather M. Gamache*